UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Dennis Bovlch<br><br>Defendant(s) | CRIMINAL NO. 08 mj 1750<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Felipa Guerrero

DATED: 6/11/2008

RECEIVED
2008 JUN 11 A 11: 12
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                    Deputy Clerk
K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082