UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> DENNIS BULCH <br><br> Defendant(s) | CRIMINAL NO. 08CR1977-BEN / 08MJ1750 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

RUBEN ANGELES-PEREZ

DATED: 6/17/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek

Deputy Clerk

J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082